UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS A. MAYS,<br><br>      Plaintiff,<br><br>-against-<br><br>OASIS MIDSTREAM PARTNERS LP, DANIEL BROWN, MATTHEW FITZGERALD, PHILLIP D. KRAMER, NICKOLAS J. LORENTZATOS, MICHAEL H. LOU, and HARRY N. PEFANIS,<br><br>      Defendants. | Case No.: 1:21-cv-10766-JSR |

**NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants without prejudice. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: March 16, 2022

                                            Respectfully submitted,

                                            **MONTEVERDE & ASSOCIATES PC**

                                            */s/Juan E. Monteverde*
                                            Juan E. Monteverde (JM-8169)
                                            The Empire State Building
                                            350 Fifth Avenue, Suite 4405
                                            New York, New York 10118
                                            Tel: 212-971-1341
                                            Fax: 212-202-7880

                                            *Attorneys for Plaintiff*

SO ORDERED

_____
      USDJ

3-23-22